444 A.2d 1303

Commonwealth v. Berry, Appellant.
Reargument Denied April 2, 1982.

Submitted March 31, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

The judgment of sentence of the lower court is affirmed.

440 A.2d 1256

Commonwealth v. Brown, Appellant.

Argued September 9, 1981. David R. Black, for appellant; Kristine F. Hughey, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence and order affirmed.